ALICE M. KALANDYK *v.* JOHN M. KALANDYK
(7350)

DALY, O'CONNELL and NORCOTT, Js.

Argued September 14—decision released September 21, 1989

*Ernest J. Diette, Jr.,* for the appellant (defendant).

*Joseph Chiarelli,* for the appellee (plaintiff).

PER CURIAM. There is no error.